

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-10-110-CV

IN RE DANIEL J. CANTERBURY                         RELATOR

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has received an amended nunc pro tunc order dated April 15, 2010, which deletes the civil contempt provision that appeared on page 9 of the February 19, 2010 order holding Relator in contempt. Accordingly, in light of the amended nunc pro tunc order of April 15, 2010, Relator's alternative request for mandamus relief in his "Petition For Writ Of Habeas Corpus" is hereby denied as moot, and our April 9, 2010 stay order concerning this portion of Relator's requested mandamus relief is ordered dissolved.

Having previously denied in our April 9, 2010 order all other relief sought by Relator, we have now disposed of all issues presented to us by Relator's April 8, 2010 "Petition For Writ Of Habeas Corpus."

---

[1] *See* Tex. R. App. P. 47.4.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  WALKER and MCCOY, JJ.

DELIVERED:  April 21, 2010

2